**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

James B. Reed (014015)
*jbr@udallshumway.com*
Joel E. Sannes (015999)
*jes@udallshumway.com*
Carson T.H. Emmons (024094)
*cthe@udallshumway.com*
docket@udallshumway.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Armored Republic, LLC d/b/a AR500 Armor, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Age Corp., a Delaware corporation,<br><br>Defendant. | NO. 2:20-cv-01366-DLR<br><br>**DEFENDANT DIAMOND AGE CORP.'S NOTICE OF SERVICE OF THIRD SUPPLEMEMTAL RULE 26 DISCLOSURE STATEMENT** |

Defendant Diamond Age Corp., in the above-captioned action by Armored Republic, LLC d/b/a AR500 Armor, and pursuant to Fed. R. Civ. P. 26(a), hereby gives notice of having served its Third Supplemental Rule 26 Disclosure Statement on October 21, 2020 electronically to:

P. Bruce Converse, Esq.
Bradley A. Burns, Esq.
Amanda E. Newman, Esq.
*Dickinson Wright PLLC*
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
*Attorneys for Plaintiff*

1  RESPECTFULLY SUBMITTED this 21st day of October, 2020.

UDALL SHUMWAY PLC

*/s/ James B. Reed*
James B. Reed
Joel E. Sannes
Carson T. H. Emmons
1138 North Alma School Road, Suite 101
Mesa, AZ  85201
*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and e-mailed the attached documentation to:

P. Bruce Converse, Esq.
*bconverse@dickinson-wright.com*
Bradley A. Burns, Esq.
*bburns@dickinsonwright.com*
Amanda E. Newman, Esq.
*anewman@dickinsonwright.com*
*Dickinson Wright PLLC*
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
*Attorneys for Plaintiff*


*/s/ Viviana J. Castellanos*

3