THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CJVLR 5.4
(Rule Number/Section)

Diamond Age Corp.
1215 S. Kihei Rd. Ste O# 339,
Kihei, Hawaii 96753
Telephone: 808-359-7789

Jake Ganor
Jakeganor@gmail.com
*Pro Se and on behalf of Defendant*

FILED ___ LODGED
RECEIVED ___ COPY
APR 1 3 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Armored Republic, LLC d/b/a AR500 Armor, an Arizona limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Diamond Age Corp., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | NO. 2:20-cv-01366-DLR<br><br>**MOTION FOR EXTENSION OF TIME** |

　　　Defendant Diamond Age Corp., in the above-captioned action by Armored Republic, LLC d/b/a AR500 Armor, and pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure, hereby respectfully requests that the Court enlarge Defendant's current deadline to procure representation of April 26th, 2021, through to and including June 10th, 2021. This requested extension would enlarge Defendant's deadline by forty-five (45) calendar days.

　　　Under Fed. R. Civ. P. 6(b)(1), the Court may lengthen the deadline it has issued in its order for good cause. We respectfully submit that there is good cause to do so.

At the present time, Defendant is diligent in seeking out counsel, and is conferring with well over a dozen potential attorneys and law firms. Should Defendant be granted the time to carefully select long-term representation, it will help ensure that future proceedings run smoothly and without disruption, whereas a decision made in haste may result in inadequate representation. It may even result in representation which is only temporary in nature, which would undoubtedly be prejudicial to both the Plaintiff and the Defendant, and would be disruptive to the Court.

The search is made more complex due to Defendant's straitened financial circumstances, which necessitates either (a) an alternate fee arrangement between Defendant and new counsel -- which arrangements can be complex to negotiate, as a comprehensive legal review is required before representation can be initiated -- or (b) the use of litigation financing -- which is also subject to lengthy reviews prior to approval.

For the aforementioned reasons, and given the extreme penalties associated with non-compliance with the Court order to procure representation, we respectfully request that the Court enlarge the present deadline.

Defendant has attempted to confer with Plaintiff's attorneys, but has not received a response. It is therefore unknown whether or not they are opposed to this Motion --

though the moving party can confirm that Plaintiff's attorneys have not expressed any opposition, despite having had ample opportunity to do so.

RESPECTFULLY SUBMITTED this 9th day of April, 2021.

_____
Jake Ganor
President/CEO Diamond Age Corp.

Dated: April 9th, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2021, I have mailed this document via express courier to the Clerk's Office, and have e-mailed it to:

Bradley A. Burns, Esq.
bburns@dickinsonwright.com
Amanda E. Newman, Esq.
anewman@dickinsonwright.com
*Dickinson Wright PLLC*
*1850 North Central Avenue, Suite 1400*
*Phoenix, AZ 85004*
*Attorneys for Plaintiff*

/s/ Jacob Ganor

3