IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armored Republic LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Diamond Age Corporation,<br><br>　　　　　Defendant. | No. CV-20-01366-PHX-DLR<br><br>**ORDER** |

  Jake Ganor is the President and sole shareholder of Defendant Diamond Age Corporation. Mr. Ganor is not a licensed attorney, but he has filed a motion seeking permission to represent Diamond Age in this matter. (Doc. 52.) The motion is denied.

  "[I]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201-02 (1993); *see also Multi-Denominational Ministry of Cannabis and Rastafari, Inc. v. Holder*, 365 Fed. App'x 817, 819 (9th Cir. 2010) ("the law is clear that incorporated entities must be represented by counsel in court"); *Larsen v. Lauriel Inv. Inc.*, 161 F. Supp. 2d 1029, 1034 n.1 (D. Ariz. 2001) (noting that *pro se* defendant "may not represent . . . a corporate defendant").

  To his credit, Mr. Ganor acknowledges this long-standing precedent. He argues, however, that the logic of this rule has been undermined by subsequent developments, chief among them the expansion of corporate rights in *Citizens United v. Federal Election*

*Commission*, 558 U.S. 310 (2010) and *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014). But these decisions cannot reasonably be read as eroding the centuries-old rule that corporations can appear in federal court only through licensed counsel. Indeed, applying *Citizens United* and *Hobby Lobby* in such a manner elides the distinction between "persons" and "natural persons." *See Rowland*, 506 U.S. at 201 (discussing the differences between the two).

The Court appreciates the practical difficulties this rule imposes on Mr. Ganor and Diamond Age. But this Court, as a district court, is not empowered to buck centuries of precedent.

**IT IS ORDERED** that Mr. Ganor's motion for leave to represent Diamond Age (Doc. 52) is **DENIED**. Mr. Ganor may be on the line for the May 18, 2021 status conference, but he may not participate on behalf of Diamond Age.

Dated this 17th day of May, 2021.

Douglas L. Rayes
United States District Judge