**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DIAMOND AGE CORPORATION.<br><br>_____<br><br>DIAMOND AGE CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ARIZONA,<br>PHOENIX,<br><br>Respondent,<br><br>ARMORED REPUBLIC, LLC,<br><br>Real Party in Interest. | No.   21-71096<br><br>D.C. No. 2:20-cv-01366-DLR<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before:  SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

A review of the record indicates that Jacob Ganor signed the mandamus petition on behalf of corporate petitioner Diamond Age Corporation.  A corporation must be represented by an attorney admitted to practice before this court.  *See In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972).  Accordingly, petitioner is not properly before the court.  We therefore dismiss the petition.

The motion for a stay, included in the mandamus petition, is denied as moot.

**DISMISSED.**