**BAGLINI LAW PLC**
James Baglini, Jr.
State Bar No. 035992
287 North Jesse Street
Chandler, Arizona 85225
Telephone: (480) 272-1125
Facsimile: (844) 670-6009
Email: james.baglini@azbaglinilaw.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armored Republic, LLC d/b/a AR500 Armor, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Age Corp., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-cv-01366-DLR<br><br>**NOTICE OF APPEARANCE**<br><br>(Hon. Douglas L. Rayes) |

Notice is hereby given that James Baglini, Jr., of the law firm Baglini Law PLC appears as counsel for Defendant Diamond Age Corp. in this action.

DATED and RESPECTFULLY SUBMITTED this 14th day of July, 2021.

By:   /s/ James Baglini, Jr.
James Baglini, Jr.
287 North Jesse Street
Chandler, Arizona 85225
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July 2021, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Bradley A. Burns, Esq.
*bburns@dickinsonwright.com*
Amanda E. Newman, Esq.
*anewman@dickinsonwright.com*
*Dickinson Wright PLLC*
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
*Attorneys for Plaintiff*

By:     /s/ James Baglini, Jr.
        James Baglini, Jr.
        287 North Jesse Street
        Chandler, Arizona 85225
        *Attorney for Defendant*