P. Bruce Converse (AZ 005868)
bconverse@dickinsonwright.com
Bradley A. Burns (AZ 030508)
bburns@dickinsonwright.com
Amanda E. Newman (AZ 032462)
anewman@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff/Counterdefendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Armored Republic, LLC d/b/a AR500 Armor, an Arizona limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>Diamond Age Corp., a Delaware corporation,<br><br>            Defendant.<br><br>And related counterclaims. | Case No. 2:20-cv-01366-DLR<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

The parties, through undersigned counsel and pursuant to the Court's scheduling orders, hereby inform the Court that they have participated in good-faith settlement talks. Those settlement talks were unsuccessful.

/ / /

/ / /

/ / /

1

**DATED** this 17th day of December, 2021.

**DICKINSON WRIGHT PLLC**

By: */s/ Bradley A. Burns*
    P. Bruce Converse
    Bradley A. Burns
    Amanda E. Newman
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    *Attorneys for Plaintiff/Counterdefendant*

**BAGLINI LAW PLC**

By: */s/ James Baglini Jr. (with permission)*
    James Baglini Jr.
    287 N. Jesse Street
    Chandler, Arizona 85225
    *Attorneys for Defendant/Counterclaimant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and that it will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: ___*/s/ Nicole Francini*___
an Employee of Dickinson Wright PLLC

4893-6078-8999 v1 [99808-3]

3