1  P. Bruce Converse (AZ 005868)
   bconverse@dickinsonwright.com
2  Bradley A. Burns (AZ 030508)
   bburns@dickinsonwright.com
3  Amanda E. Newman (AZ 032462)
   anewman@dickinsonwright.com
4  **DICKINSON WRIGHT PLLC**
   1850 North Central Avenue, Suite 1400
5  Phoenix, Arizona 85004
   Telephone: (602) 285-5000
6  Facsimile: (844) 670-6009
   Firm Email: courtdocs@dickinsonwright.com
7  *Attorneys for Plaintiff/Counterdefendant*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Armored Republic, LLC d/b/a AR500 Armor, an Arizona limited liability company, | Case No. 2:20-cv-01366-DLR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Diamond Age Corp., a Delaware corporation, | **(Hon. Douglas L. Rayes)** |
| Defendant. | |
| And related counterclaims. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Armored Republic, LLC d/b/a AR500 Armor and Defendant Diamond Age Corp. hereby give notice of their stipulation of dismissal of this action, including all claims and counterclaims, with prejudice, with each party to bear its own attorneys' fees and costs. Pursuant to Rule 41(a)(1)(A), the dismissal shall be effective upon filing of this Stipulation; no Court order is necessary.

**DATED** this 18th day of March, 2022.

**DICKINSON WRIGHT PLLC**

By: <u>/s/ Amanda E. Newman</u>
    P. Bruce Converse
    Bradley A. Burns
    Amanda E. Newman
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    *Attorneys for Plaintiff/Counterdefendant*

**BAGLINI LAW PLC**

By: <u>/s/ James Baglini, Jr. (with permission)</u>
    James Baglini Jr.
    287 N. Jesse Street
    Chandler, Arizona 85225
    *Attorneys for Defendant/Counterclaimant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and that it will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Christine Klepacki*
an Employee of Dickinson Wright PLLC

4892-8349-2886 v1 [99808-3]